**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| LARA CORNNOR, | Case No. 3:26-cv-00592-TAD-KDM |
| Plaintiff, | |
| v. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

**MOTION TO APPEAR PRO HAC VICE**

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of The Prudential Insurance Company of America in the above described action.

I am ineligible to become a member of this court, but I am a member in good standing of the bar of the state of Illinois court, which is the highest court of such state.  Attached hereto is a certificate of good standing from such court.

Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

There have been no disciplinary proceedings or criminal charges instituted against me.

In accordance with the local rules for the United States District Court, Western District of Louisiana,  James C. Raff of the firm of Leblanc Fantaci Villio, LLC, is appointed as local counsel.

325967476v.1

I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10.  I also agree to receive notice electronically from other parties and the court via electronic mail.  I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov.  I understand this electronic notice will be in lieu of notice by any other means.  I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Dated: June 3, 2026                                    Respectfully submitted,


| /s/Julie M. Kamps | James C. Raff |
|---|---|
| Signature of Applying Attorney | Signature of Local Counsel |

Julie M. Kamps
SEYFARTH SHAW LLP
233 S. Wacker Drive
Suite 8000
Chicago, IL 60606
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000
Email:  jkamps@seyfarth.com

James C. Raff
LEBLANC FANTACI VILLIO, LLC
3421 N. Causeway Blvd.
Suite 201
Metairie, LA 70002
Telephone:  504-828-1010
Facsimile:  504-828-1079
Email:  jraff@lfvlaw.us

ATTORNEYS FOR DEFENDANT
THE PRUDENTIAL COMPANY OF AMERICA

325967476v.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2026, I caused a true and correct copy of the foregoing

PETITION FOR ADMISSION PRO HAC VICE  to be electronically filed with the Clerk of the

Court via the Court's CM/ECF system, which sent notification of such filing to the following

counsel of record:

THE PELLEGRIN FIRM, L .L . C.
 David C. Pellegrin, Jr.
3500 North Hullen Street Suite 17D
Metairie, LA 70002
Email:  dpellegrin@pellegrinfirm.com


/s/ James C. Raff
James C. Raff
*Attorneys for Defendant*
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

325967476v.1