**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| LARA CORNNOR, | Case No. 3:26-cv-00592-TAD-KDM |
| Plaintiff, | |
| v. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

**MOTION TO APPEAR PRO HAC VICE**

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of The Prudential Insurance Company of America in the above described action.

I am ineligible to become a member of this court, but I am a member in good standing of the bar of New York – Appellate Division, Third-Department court, which is the highest court of such state, and the bar of New Jersey, which is the highest court of such state. Attached hereto are certificates of good standing from both Courts.

Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

There have been no disciplinary proceedings or criminal charges instituted against me.

In accordance with the local rules for the United States District Court, Western District of Louisiana, James C. Raff of the firm of Leblanc Fantaci Villio, LLC, is appointed as local counsel.

325967954v.2

I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10.  I also agree to receive notice electronically from other parties and the court via electronic mail.  I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov.  I understand this electronic notice will be in lieu of notice by any other means.  I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Dated:  June 3, 2026                                    Respectfully submitted,


_/s/Alnisa Bell_                                          _/s/James C. Raff_
Signature of Applying Attorney              Signature of Local Counsel

Alnisa Bell                                          James C. Raff, La. Bar No. 37267
SEYFARTH SHAW LLP                      LEBLANC FANTACI VILLIO, LLC
233 S. Wacker Drive                         3421 N. Causeway Blvd.
620 Eighth Avenue, 32nd Floor           Suite 201
New York, NY 10018-1405                 Metairie, LA 70002
Telephone:  (212) 218-5500               Telephone:  504-828-1010
Facsimile:  (212) 218-5526                Facsimile:   504-828-1079
Email:  abell@seyfarth.com               Email:  jraff@lfvlaw.us

                                                     ATTORNEYS FOR DEFENDANT
                                                     THE PRUDENTIAL COMPANY OF AMERICA

325967954v.2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 3, 2026, I caused a true and correct copy of the foregoing

PETITION FOR ADMISSION PRO HAC VICE  to be electronically filed with the Clerk of the

Court via the Court's CM/ECF system, which sent notification of such filing to the following

counsel of record:

THE PELLEGRIN FIRM, L .L . C.
 David C. Pellegrin, Jr.
3500 North Hullen Street Suite 17D
Metairie, LA 70002
Email:  dpellegrin@pellegrinfirm.com

*/s/ James C. Raff*
James C. Raff
*Attorneys for Defendant*
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

325967954v.2