**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION**

LARA CORNNOR,

      Plaintiff,

    v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

      Defendant.

Case No. 3:26-cv-00592-TAD-KDM

## ORDER

    IT IS ORDERED that Julie M. Kamps be and is hereby admitted to the bar of this Court

pro hac vice on behalf of The Prudential Insurance Company of America, in the above described

action.

    SO ORDERED on this, the __4th__ day of June, 2026.

_____
Magistrate Judge Kayla D. McClusky