**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

|  |  |
|---|---|
| LARA CORNNOR,<br><br>       Plaintiff,<br>  v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>       Defendant. | Case No. 3:26-cv-00592-TAD-KDM |

## ORDER

IT IS ORDERED that Alnisa Bell be and is hereby admitted to the bar of this Court pro hac vice on behalf of The Prudential Insurance Company of America, in the above described action.

SO ORDERED on this, the __4th__ day of June, 2026.

_____
Magistrate Judge Kayla D. McClusky